UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
CIVIL ACTION NO. 4:25CV-00092-GNS-HBB

Electronically Filed

JANE DOE                                                                                                    PLAINTIFF

v.

OFFICER ALEPH ZAVALA, et al.                                                          DEFENDANTS

**ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED UNDER PSEUDONYM**

This matter is before the Court on Plaintiff's Motion to Proceed Under Pseudonym [DN 14]. The Court, having considered the motion, the applicable law, and being otherwise sufficiently advised, finds that exceptional circumstances exist warranting Plaintiff's anonymity due to the sensitive nature of the allegations involving sexual abuse and strangulation, Plaintiff's vulnerability as a houseless individual, the risk of further harm, retaliation, or social stigma, and the lack of prejudice to Defendants.

**IT IS HEREBY ORDERED** that:
1. Plaintiff's Motion to Proceed Under Pseudonym is **GRANTED**.
2. The Clerk of Court is directed to file the First Amended Complaint with any necessary redactions to protect Plaintiff's true identity, or under seal if redactions are insufficient.
3. All future filings in this action shall refer to Plaintiff as "Jane Doe." Any documents or portions thereof that reveal or could reveal Plaintiff's true identity shall be filed under seal.
4. The parties and their counsel are directed to refrain from publicly disclosing Plaintiff's true identity in any filings, proceedings, or communications related to this case, unless otherwise ordered by the Court.

**IT IS SO ORDERED.**

Date: November 4, 2025

H. Brent Brennenstuhl
**United States Magistrate Judge**