UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
CIVIL ACTION NO. 4:25-CV-00092-GNS-HBB

JANE DOE PLAINTIFF

v.

OFFICER ALEPH ZAVALA et al. DEFENDANTS

**ORDER**

This matter is before the Court on Defendants' Motions to Dismiss (DN 25, 38). The motions are ripe for adjudication.

Both motions relate to discovery issues arising from the inability of Plaintiff's counsel to contact his client. (Def.'s Mot. Dismiss 1, DN 25; Def.'s Mot. Dismiss 1-6, DN 38). After the Court issued a show cause order (DN 32), Plaintiff's counsel was able to re-establish contact with his client. Under the circumstances, dismissal under Fed. R. Civ. P. 37 or Fed. R. Civ. P. 41(b) is not warranted at this time.

Accordingly, **IT IS HEREBY ORDERED** that Defendants' Motions to Dismiss (DN 25, 38) are **DENIED**.

**Greg N. Stivers, Judge**
**United States District Court**
August 19, 2026

cc: counsel of record